UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-against-

LUIS CEDENO,

Defendant.

No. 26-CR-451 (LAP)

CONFERENCE ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The parties shall appear for a pretrial conference at 11:00 AM on November 4, 2026, at 500 Pearl Street, Courtroom 12A, New York, New York 10007.

**SO ORDERED.**

Dated: September 30, 2026
New York, New York

LORETTA A. PRESKA
Senior United States District Judge