UNITED STATES DISTRICT COURT
for the SOUTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA :

- against - : **ORDER**

LUIS CEDENO : **26-cr-451 (LAP)**

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Upon the application of Peter Enrique Quijano, Esq., attorney for **Luis Cedeno**, for an order authorizing ***interim eVouchers***, pursuant to the Criminal Justice Act.

**IT IS HEREBY ORDERED,** that:

**PETER ENRIQUE QUIJANO** is authorized to file interim eVouchers.

DATED: New York, New York
November 4, 2026

**SO ORDERED.**

Loretta A. Preska, U.S.D.J.